PATENT NUMBERS CONTINUED, 3:20-cv-3206

| | | |
|---|---|---|
| 10,666,688 | 5/26/2020 | CUPP Computing AS |
| 10,162,975 | 12/25/2018 | CUPP Computing AS |
| 10,496,834 | 12/3/2019 | CUPP Computing AS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |